IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BRANDON D. BALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:16-CV-878-WKW |
| | ) | |
| ROAR III, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the court is the Recommendation of the Magistrate Judge that the court grant Defendants' motion for summary judgment on the basis of res judicata and collateral estoppel. (Doc. # 49.) Plaintiff has filed objections. (Doc. # 52.) Based upon an independent and *de novo* review of those portions of the Recommendation to which objection is made, 28 U.S.C. § 636(b), the court finds that the Recommendation adequately addresses and properly rejects the underpinnings of Plaintiff's Objections without need for further elaboration and that the Objections lack merit. Accordingly, it is ORDERED a follows:

(1) Plaintiff's Objections (Doc. # 52) are OVERRULED;

(2) The Recommendation (Doc. # 49) is ADOPTED; and.

(3) Defendant's motion for summary judgment (Doc. # 41) is GRANTED.

A final judgment will be entered separately.

DONE this 6th day of August, 2018.

                                        /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE